UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ANAILDE TROTMAN,

    Defendant.

------------------------------------------------------------x

07 CR 762 (PKC)

ORDER

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-17-07

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of the government, consented to by defense counsel, the pretrial conference scheduled for December 18, 2007 is adjourned until February 15, 2008 at 3:00 p.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow for the Rule 20 transfer of Ms. Trotman's proceedings. Accordingly, the time between today and February 15, 2008 is excluded.

    SO ORDERED.

                                              P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
         December 17, 2007